**Abdiyyah ben ALKEBULANYAHH, formerly known as Tyree Alphonso Roberts, Plaintiff–Appellant,**

v.

**SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; Thierry D. Nettles, Captain; Charles Whitten; Lieutenant Bumbcumb; Corporal Wilson, Defendants–Appellees.**

No. 06–7449.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 24, 2007.

Decided: Feb. 12, 2007.

Abdiyyah ben Alkebulanyahh, Appellant Pro Se. Andrew Frederick Lindemann, Davidson, Morrison & Lindemann, P.A., Columbia, South Carolina, for Appellees.

Before TRAXLER, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abdiyyah ben Alkebulanyahh, a/k/a Tyree Alphonso Roberts, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the rea-

sons stated by the district court. We further conclude that Alkebulanyahh failed to allege sufficient facts to demonstrate that excessive force was used against him. *See Alkebulanyahh v. South Carolina Dep't of Corrs.*, No. 6:05–cv–02525–MBS (D.S.C. Aug. 8, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*